# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

      v.                                                                     Crim. No. 5:01-CR-117-2H

Jamel Johnnie Green

      On May 3, 2012, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                        Respectfully submitted,

/s/Jeffrey L. Keller                                             /s/Erica W. Foy
Jeffrey L. Keller                                                      Erica W. Foy
Supervising U.S. Probation Officer                 U.S. Probation Officer

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 24 7th day of June, 2014.

Malcom J. Howard
Senior U.S. District Judge